UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| MICHAEL J. BANISH | § | Case No. 12-46818 |
| SHARON M. EICHHORN | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that DAVID R. BROWN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the Trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 5/02/14 in Courtroom 240,

Old Kane County Courthouse
100 S. Third Street
Geneva, Illinois 60134

If no objections are filed, upon entry of an Order on the fee applications, the Trustee may pay dividends pursuant to FRBP 3009 without further Order of the Court.

Date Mailed: _____     By: _____

*DAVID R. BROWN*
*400 South County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**UST Form 101-7-NFR (10/1/2010)** *(Page: 1)*

**UNITED STATES BANKRUPTCY COURT**
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| MICHAEL J. BANISH | § | Case No. 12-46818 |
| SHARON M. EICHHORN | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION**

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 13,600.58 |
| and approved disbursements of | $ | 163.80 |
| leaving a balance on hand of[1] | $ | 13,436.78 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: DAVID R. BROWN | $ 2,110.06 | $ 0.00 | $ 2,110.06 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 2,110.06 |
| Remaining Balance | $ | 11,326.72 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 32,338.20 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 35.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | N. A. Capital One Bank (Usa) | $ 426.23 | $ 0.00 | $ 149.29 |
| 2 | SALLIE MAE | $ 31,911.97 | $ 0.00 | $ 11,177.43 |

Total to be paid to timely general unsecured creditors    $   11,326.72

Remaining Balance    $   0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ David R. Brown
                                            Trustee

*DAVID R. BROWN*
*400 South County Farm Road*
*Suite 330*
*Wheaton, IL 60187*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:  
Michael J. Banish  
Sharon M. Eichhorn  
    Debtors

Case No. 12-46818-DRC  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1       User: mcamacho       Page 1 of 1       Date Rcvd: Apr 14, 2014  
                       Form ID: pdf006      Total Noticed: 16

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2014.

```
db/jdb        #+Michael J. Banish,    Sharon M. Eichhorn,    3865 Shoreline Drive,    Hanover Park, IL 60133-6134
19743785       +Ashley Furniture Home Store,    875 E. Boughton Road,    Bolingbrook, IL 60440-2282
19743782       +Banish Michael J,    3865 Shoreline Drive,    Hanover Park, IL 60133-6134
19743786       +Bank Of America Home Loans,    P. O. Box 5170, MS SV314B,    Simi Valley, CA 93062-5170
19743787       +Bank Of America Home Loans,    % The Warbicki Law Group,    33 W. Monroe Street, Suite 1140,
                 Chicago, IL 60603-5332
20638631      +++Capital One Bank (USA), N.A.,    by American InfoSource LP as Agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
19743788        Central Dupage Emergency Physicians,    25 N. Winfield Road,    Winfield, IL  60555
19743789       +Central Dupage Hospital,    25 N. Winfield Drive,    Winfield, IL 60190-1295
19743790       +Dupage Medical Group,    Administration Office,    1100 W. 31st  Street, Suite 300,
                 Downers Grove, IL 60515-5512
19743783       +Eichhorn Sharon M,    3865 Shoreline Drive,    Hanover Park, IL 60133-6134
19743784        Janet Watson,    330 S Naperville Road Suite 405,    Wheaton, IL  60187-5442
19743791        Matthew Faith, M.D.,    1645 Irving Park Road,    Hanover Park, IL  60133-3382
19743792        Merchants Credit Guide,    233 W. Jackson Blvd., #400,    Chicago, IL  60606
19743793        Sallie Mae,    P. O. Box 11100 USA Pkwy,    Fishers, IN  46037
19743794        Wells Fargo Dealer Services,    Bankruptcy Department,    P. O. Box 5075,
                 Coraopolis, PA  15108-5075
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
20685177       +E-mail/PDF: pa_dc_claims@salliemae.com Apr 15 2014 01:18:03      Sallie Mae,    c/o Sallie Mae Inc.,
                 220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
                                                                                              TOTAL: 1
```

           ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '+++' were transmitted to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(e).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court  
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2014                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)  
system on April 11, 2014 at the address(es) listed below:

```
              David R Brown, ESQ    dbrown@springerbrown.com,   dbrown@ecf.epiqsystems.com;jill@springerbrown.com
              Janet L Watson    on behalf of Joint Debtor Sharon M. Eichhorn jwatsonjd@aol.com
              Janet L Watson    on behalf of Debtor Michael J. Banish jwatsonjd@aol.com
              Michael Dimand    on behalf of Creditor    BANK OF AMERICA, N.A. mdimand@aol.com,
               bankruptcyfilings@wirbickilaw.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                              TOTAL: 5
```