UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
MICHAEL J. BANISH                   §    Case No. 12-46818
SHARON M. EICHHORN                  §
                                    §
                                    §
        Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    DAVID R. BROWN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

    3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

  4) This case was originally filed under chapter   on           . The case was pending for    months.

  5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

  6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

  Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

  Dated: _____   By:/s/DAVID R. BROWN_____
                Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | Bank Of America Home Loans % The Warbicki Law Group 33 W. Monroe Street, Suite 1140 Chicago, IL  60603 |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Bank Of America Home Loans P. O. Box 5170, MS SV314B Simi Valley, CA 93065 | | | | | |
| | Wells Fargo Dealer Services Bankruptcy Department P. O. Box 5075 Coraopolis, PA 15108-5075 | | | | | |
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| DAVID R. BROWN | | | | | |
| INTERNATIONAL SURETIES, LTD | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ashley Furniture Home Store 875 E. Boughton Road Bolingbrook, IL  60440 | | | | | |
| | Central Dupage Emergency Physicians 25 N. Winfield Road Winfield, IL  60555 | | | | | |
| | Central Dupage Hospital 25 N. Winfield Drive Winfield, IL  60190 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dupage Medical Group Administration Office 1100 W. 31st Street, Suite 300 Downers Grove, IL  60515 | | | | | |
| | Matthew Faith, M.D. 1645 Irving Park Road Hanover Park, IL  60133-3382 | | | | | |
| | Merchants Credit Guide 233 W. Jackson Blvd., #400 Chicago, IL  60606 | | | | | |
| | Sallie Mae P. O. Box 11100 USA Pkwy Fishers, IN  46037 | | | | | |
| 2 | SALLIE MAE | | | | | |
| 1 | N. A. Capital One Bank (Usa) | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

UST Form 101-7-TDR (5/1/2011) *(Page: 6)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-46818 | DRC | Judge: | Donald R Cassling | Trustee Name: | DAVID R. BROWN |
|---|---|---|---|---|---|---|
| Case Name: | MICHAEL J. BANISH | | | | Date Filed (f) or Converted (c): | 11/28/2012 (f) |
| | SHARON M. EICHHORN | | | | 341(a) Meeting Date: | 01/18/2013 |
| For Period Ending: | 06/27/2014 | | | | Claims Bar Date: | 08/12/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Tax Refund (u) | 8,719.00 | 0.00 | | 8,719.00 | FA |
| 2. Shares of Stock | 11,357.74 | 4,357.74 | | 4,357.74 | FA |
| 3. Household Goods | 5,200.00 | 1,459.00 | | 523.84 | 935.16 |
| 4. Townhouse located at 1074 Lakewood Circle, Unit 1074, Carol | 120,000.00 | 0.00 | | 0.00 | FA |
| 5. Cash on hand | 290.00 | 0.00 | | 0.00 | FA |
| 6. Checking account at bank | 63.00 | 0.00 | | 0.00 | FA |
| 7. Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 8. Security Deposit with landlord | 2,900.00 | 0.00 | | 0.00 | FA |
| 9. Void (u) | Unknown | 0.00 | | 0.00 | FA |
| 10. Baseball card collection | 300.00 | 0.00 | | 0.00 | FA |
| 11. Misc work and casual clothing | 600.00 | 0.00 | | 0.00 | FA |
| 12. wedding ring, costume jewelry | 1,000.00 | 0.00 | | 0.00 | FA |
| 13. Northwestern Mutual term life insurance policy for Sharon - | Unknown | 0.00 | | 0.00 | FA |
| 14. Northwestern Mutual term life policy on Michael - $500,000 d | 0.00 | 0.00 | | 0.00 | FA |
| 15. 401(k) with United Health Group | 31,671.07 | 0.00 | | 0.00 | FA |
| 16. Sound, Inc. profit sharing plan and trust | 25,341.83 | 0.00 | | 0.00 | FA |
| 17. 1999 Infiniti QX4 SUV | 3,035.00 | 0.00 | | 0.00 | FA |
| 18. 2003 Toyota Sienna | 7,810.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $218,287.64 $5,816.74 $13,600.58 $935.16

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee is collecting installment payments for sale of assets to Debtor.

Initial Projected Date of Final Report (TFR): 12/30/2014        Current Projected Date of Final Report (TFR): 12/30/2013

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-46818  
Case Name: MICHAEL J. BANISH  
  SHARON M. EICHHORN  
Taxpayer ID No: XX-XXX0139  
For Period Ending: 06/27/2014  

Trustee Name: DAVID R. BROWN  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX7434  
Checking  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/29/13 | | Sharon Eichhorn and Michael Banish<br>1074 Lakewood Circle<br>Carol Stream, IL 60188 | turnover of funds | | $8,954.50 | | $8,954.50 |
| | | | Gross Receipts  $8,954.50 | | | | |
| | 1 | | Tax Refund  $8,719.00 | 1224-000 | | | |
| | 2 | | Shares of Stock  $235.50 | 1129-000 | | | |
| 05/29/13 | 2 | Michael Banish and Sharon Eichhorn<br>1074 Lakewood Circle<br>Carol Stream, IL 60188 | turnover of funds | 1129-000 | $3,704.08 | | $12,658.58 |
| 06/27/13 | 2 | Eichhorn/Banish<br>1074 Lakewood Circle<br>Carol Stream, IL 60188 | turnover of non-exempt property | 1129-000 | $235.50 | | $12,894.08 |
| 07/08/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $16.39 | $12,877.69 |
| 07/23/13 | | Sharon M. Eichhorn and Michael J. Banish<br>1074 Lakewood Circle<br>Carol Stream, IL 60188 | installment payment | | $235.50 | | $13,113.19 |
| | | | Gross Receipts  $235.50 | | | | |
| | 2 | | Shares of Stock  $182.66 | 1129-000 | | | |
| | 3 | | Household Goods  $52.84 | 1129-000 | | | |
| 08/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.22 | $13,093.97 |
| 08/30/13 | 3 | Sharon Eichhorn and Michael Banish<br>1074 Lakewood Circle<br>Carol Stream, IL | installment payment | 1129-000 | $235.50 | | $13,329.47 |
| 09/09/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.47 | $13,310.00 |
| 09/27/13 | 3 | Sharon Eichhorn/Michael J. Banish | installment payment | 1129-000 | $235.50 | | $13,545.50 |
| | | | Page Subtotals: | | $13,600.58 | $55.08 | |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: 12-46818 | Trustee Name: | DAVID R. BROWN |
| Case Name: MICHAEL J. BANISH | Bank Name: | The Bank of New York Mellon |
| SHARON M. EICHHORN | Account Number/CD#: | XXXXXX7434 |
| | | Checking |
| Taxpayer ID No: XX-XXX0139 | Blanket Bond (per case limit): | $5,000,000.00 |
| For Period Ending: 06/27/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.11 | $13,526.39 |
| 11/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.11 | $13,506.28 |
| 12/06/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $19.43 | $13,486.85 |
| 01/08/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.05 | $13,466.80 |
| 02/04/14 | 1001 | INTERNATIONAL SURETIES, LTD Suite 420 701 Poydras St. New Orleans, LA 70139 | bond premium | 2300-000 | | $10.00 | $13,456.80 |
| 02/07/14 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $20.02 | $13,436.78 |
| 05/05/14 | 1002 | DAVID R. BROWN 400 SOUTH COUNTY FARM ROAD WHEATON, IL 60187 | Final distribution representing a payment of 100.00 % per court order. | 2100-000 | | $2,110.06 | $11,326.72 |
| 05/05/14 | 1003 | N. A. Capital One Bank (Usa) Capital One Bank (Usa), N.A. By American Infosource Lp As Agent Po Box 71083 Charlotte, Nc 28272-1083 | Final distribution to claim 1 representing a payment of 35.03 % per court order. | 7100-900 | | $149.29 | $11,177.43 |
| 05/05/14 | 1004 | SALLIE MAE c/o Sallie Mae Inc. 220 Lasley Ave. Wilkes-Barre, PA 18706 | Final distribution to claim 2 representing a payment of 35.03 % per court order. | 7100-000 | | $11,177.43 | $0.00 |

| | | |
|---|---:|---:|
| COLUMN TOTALS | $13,600.58 | $13,600.58 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $13,600.58 | $13,600.58 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Page Subtotals: | $0.00 | $13,545.50 |

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

Net $13,600.58    $13,600.58

Exhibit 9

Page Subtotals:    $0.00    $0.00

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX7434 - Checking | $13,600.58 | $13,600.58 | $0.00 |
| | $13,600.58 | $13,600.58 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $13,600.58 |
| Total Gross Receipts: | $13,600.58 |